JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 686 -- IN RE REPUBLIC MINERAL CORPORATION SECURITIES LITIGATION

| Date | Pldg.# | Pleading Description |
|---|---|---|
| 86/01/30 | 1 | MOTION, BRIEF, SCHEDULE -- (A-1 thru A-2) Republic Mineral Corp., E. Gregg Wallace, Jr., C. Thomas Biddle and Carol I. Barden -- SUGGESTED TRANSFEREE DISTRICT : DISTRICT OF NEVADA, SUGGESTED TRANSFEREE JUDGE: ? -- Exhibits and cert. of svc. (rh) |
| 86/02/10 | | APPEARANCES: TYRONE C. FAHNER, ESQ. for Republic Mineral Corp., E. Gregg Wallace, Jr., C. Thomas Biddle, Carol Il Barden, Brat Petroleum, Star Royalty Trust; CHRISTOPHER H. BYRD, ESQ. for Thomas Snyder, Bullseye Partners, St. James Partners; FRANK DAVIS, ESQ. for William Skemp, et al., Paul Bronke, et al., Aspen Develpment, Billy B. Milam, Zane Tucker, Donald Zietlow; DAVID M. GREENBERG, ESQ. for Planned Investments, Inc. (rh) |
| 86/02/14 | 2 | RESPONSE -- (to pldg. #1) William Skemp, et al., Paul Bronken, et al., Donald Zietlow, Billy B. Milam, Zane Tucker and Aspen Development -- w/cert. of svc. (rh) |
| 86/02/18 | | APPEARANCE: SAMUEL S. LIONEL, ESQ. for Republic Mineral Corp. (rh) |
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, Calif. on March 27, 1986 (rh) |
| 86/02/21 | 3 | JOINDER -- (to pldg. #1) Planned Investments, Inc. -- w/cert. of svc. (rh) |
| 86/02/25 | 4 | REPLY -- (to pldg. #1) Republic Mineral Corp., E. Gregg Wallace, Jr., C. Thomas Biddle, Carol I. Barden -- w/cert. svc. (rh) |
| 86/03/25 | | Waivers of Oral Argument for March 27, 1986 hearing in San Francisco, CA. |
| 86/04/16 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to District of Nevada (cds) |
| 86/04/16 | | TRANSFER ORDER -- transferring A-1 to the District of Nevada for assignment to the Honorable Lloyd D. George -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL AND MISC. RECIPIENTS (cds) |
| 86/04/17 | 5 | MOTION FOR RECONSIDERATION -- requesting that litigation be transferred to the W.D. Wisconsin w/cert. of svc. (rew) |
| 86/04/28 | 6 | RESPONSE -- Plaintiffs A-1 & A-2 (to pldg. #5) -- w/cert. of svc (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 686 -- In re Republic Mineral Corporation Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/05/05 | 7 | REPLY (to pldg. #6) -- Republic Mineral Corp., E. Gregg Wallace, Jr., C. Thomas Biddle and Carol I. Barden -- w/cert. of service (cds) |
| 86/05/20 | | ORDER DENYING MOTION FOR RECONSIDERATION -- Notified involved counsel, judges and clerks (rh) |
| 87/02/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 EVA, Inc., et al. v. Republic Mineral Corporation, et al., W.D. Wisconsin, C.A. NO. 86-C-759 S -- Notified involved counsel and judges (rh) |
| 87/03/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-3) EVA, Inc., et al. v. Republic Mineral Corp., et al., E.D. Wis., #86-C-759-S -- Notified involved judges and clerks (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 686 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Republic Mineral Corporation Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| March 27, 1986 | April 16, 1986 | TO | Unpublished | D. Nevada  978 | Lloyd D. George | |

Special Transferee Information

DATE CLOSED: 11/26/91

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — J. George / D. Nevada

DOCKET NO. 686 -- In re Republic Mineral Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William Skemp, et al. v. Republic Mineral Corp., et al. | Wis.,W. Shabaz | 85-C-883-S | 4/16/86 | 86-410 | 11/26/91 | |
| A-2 | Paul Bronken, et al. v. Republic Mineral Corp., et al. | Nev. George | CV-LV-85-545-LDG | | | 11/26/91 | |
| B-3 | EVA, Inc., et al. v. Republic Mineral Corp., et al. 2-25-87 | W.D.Wis. Shabaz | 86-C-759 S | 3/13/87 | 87-199 | 11/26/91 | ✓ |
| XYZ-4 | Paul Bronken, et al. v. Republic Mineral Corp., et al. | Nev. | 86-675-LDG | | | 11/26/91 | |

*pending*

July 1992 - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 686 -- In re Republic Mineral Corporation Securities Litigation

---

WILLIAM SKEMP, ET AL. (A-1)
PAUL BRONKEN, ET AL. (A-2)
ASPEN DEVELOPMENT
BILLY B. MILAM
ZANE TUCKER
DONALD ZIETLOW
Frank Davis, Esq.
Thomas, Taliaferro, Forman,
  Burr & Murray
1600 Bank for Savings Bldg.
Birmingham, Alabama   35203


E. GREGG WALLACE, JR.
C. THOMAS BIDDLE
CAROL I. BARDEN
BRAT PETROLEUM
STAR ROYALTY TRUST
Tyrone C. Fahner, Esq.
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois   60604


PLANNED INVESTMENTS, INC.
David M. Greenberg, Esq.
One Market Plaza
Spear Street Tower
Suite 2210
San Francisco, CA   94105


THOMAS SNYDER
BULLSEYE PARTNERS
JAMES PARTNERS
Christopher H. Byrd, Esq.
Morse & Mowbray
302 East Carson
Suite 700
Las Vegas, Nevada   89101


REPUBLIC MINERAL CORP.
Samuel S. Lionel, Esq.
Lionel, Sawyer & Collins
1700 Valley Bank Plaza
300 South Fourth Street
Las Vegas, Nevada   89101


EVA, INC., ET AL. (B-3)
Henry Field, Esq.
Boardman, Suhr, Curry & Field
One South Pinckney Street
P.O. Box 927
Madison, Wisconsin   53701

D. Frank Davis, Esq.
Thomas L. Krebs, Esq.
Burr & Forman
3000 South Trust Tower
Birmingham, Alabama   35203

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __686__ -- In re Republic Mineral Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Republic Mineral Corp. | A-1, A-2, B-3 |
| Planned Investments, Inc. *dismissed* | A-1, A-2, B-3 |
| E. Gregg Wallace, Jr. | A-1, A-2, B-3 |
| C. Thomas Biddle | A-1, A-2, B-3 |
| Carol I. Barden | A-1, A-2, B-3 |
| Thomas Snyder | A-1, A-2 |
| Zane Tucker | A-1, A-2 |
| Billy B. Milam | A-1 |
| Paul Bronken | A-1 |
| Bullseye Partners | A-1, A-2 |
| St. James Partners | A-1, A-2 |

p. \_\_\_\_\_

| | |
|---|---|
| Aspen Development | A-1 |
| Brat Petroleum | A-2 |
| The Star Royalty Trust | A-2 |
| Donald Zietlow | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |